PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Charles Thaxton</u>  Case Number: <u>3:98-00038-24</u>

Name of Judicial Officer: <u>The Honorable John T. Nixon, Senior U.S. District Judge</u>

Date of Original Sentence: <u>November 23, 2009</u>

Original Offense: <u>18 U.S.C. § 1951, Hobbs Act Robbery and 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Schedule II Controlled Substance, to wit Cocaine and Cocaine Base</u>

Original Sentence: <u>Imprisonment until February 26, 2010, followed by 10 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>February 26, 2010</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>  Defense Attorney: <u>Mariah Wooten</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 28th day of August 2012, and made a part of the records in the above case.

_____
John T. Nixon
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Roger D. Carrier
U.S. Probation Officer

Place    Columbia, Tennessee

Date    August 23, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

On August 11, 2012, Charles Thaxton allegedly committed the crime of Domestic Assault, a Class A Misdemeanor, in violation of Tennessee Code Annotated 39-13-111. According to the affidavit, on August 11, 2012, officers from the Nashville Metropolitan Police Department responded to a call from George Rezk, a cab driver, who reported that a male and female were having a verbal altercation inside his cab. Rezk stated that when he pulled over, they both got out, and the male struck the female in the face. Officers were able to locate the male and female, who were identified as Charles Thaxton and Christina Gomez. When officers made contact with the parties, Ms. Gomez appeared shaken. Mr. Thaxton initially refused to step away from Ms. Gomez or let her step toward the police. Officers were able to separate the two to get both their stories. Ms. Gomez denied that the defendant hit her and had no visible injuries. Mr. Thaxton is currently free on a $7,000.00 bond. He is scheduled to appear in Davidson County General Sessions Court, Nashville, Tennessee, on October 23, 2012, for a trial.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Ms. Gomez about the incident on August 13, 2012. She admitted that she and the offender were arguing in the cab, but she denies that he hit her. She did not call the police. This officer spoke with Mr. Thaxton about the incident on August 17, 2012. He denied striking Ms. Gomez. In fact, he was unsure why the police were called or who called them.

Mr. Thaxton's term of supervised release was previously revoked on October 25, 2011. On that date, the offender admitted to the violations contained in the Superseding Petition, which included new criminal charges of Assault with Bodily Injury, and Domestic Assault, as well as illegal drug use. The Court adopted the recommendation of the parties, which stated that the offender, who had been detained since October 14, 2011, would remain imprisoned until January 2, 2012. Upon release from imprisonment, Mr. Thaxton was ordered to continue on supervised release with the terms and conditions previously imposed.

Mr. Thaxton has been employed at Tyson Foods, in Goodlettesville, Tennessee, since June 2012. Up until his current arrest, he was living with his girlfriend, Christina Gomez, her children, and their infant child, in Nashville. Due to the conditions of his bond on the new charge, Mr. Thaxton is restricted from residing with or contacting the alleged victim, Christina Gomez. Mr. Thaxton reported to this officer that Ms. Gomez has gone to live with her mother until this case is resolved.

**U.S. Probation Officer Recommendation:**

Although this office considers domestic violence a serious risk issue, the alleged victim in the case has denied being hit by the offender, both to the police and to this officer. Additionally, she had no visible

injuries at the scene, and she did not call the police. It is recommended that Mr. Thaxton be continued on supervised release pending disposition of this charge in Davidson County. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer